UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| ABRAHAM HAMRA,<br><br>        Plaintiff,<br><br>v.<br><br>AL JAZEERA MEDIA NETWORK and<br>AL JAZEERA INTERNATIONAL (USA) LLC,<br><br>        Defendants. | Civil Action No.: 2:25-cv-04774-AYS |

**STIPULATION AND [PROPOSED] CONSENT ORDER**

WHEREAS, on September 12, 2025, a Verified Return of Service was filed at ECF No. 9 purporting to reflect service on Defendant Al Jazeera Media Network ("AJMN");

WHEREAS, service was previously made on Defendant Al Jazeera International (USA) LLC ("AJI USA") (ECF No. 10), and the Court has set the time for AJI USA to respond to the Amended Complaint as November 3, 2025;

WHEREAS, Plaintiff has since been informed that the individual served was not authorized to accept service of process on behalf of AJMN;

WHEREAS, Plaintiff and AJI USA agree that the proof of service at ECF No. 9 should be stricken from the record, without prejudice to Plaintiff endeavoring to effect proper service of process on AJMN in accordance with the Federal Rules of Civil Procedure;

IT IS HEREBY STIPULATED AND AGREED, by and between Plaintiff Abraham Hamra and Defendant Al Jazeera International (USA) LLC, through their respective counsel, that:

1.       The Return of Service filed at ECF No. 9 shall be stricken from the docket.

2.       Plaintiff shall promptly endeavor to effect proper service of process consistent with the Federal Rules of Civil Procedure on Defendant AJMN and file an amended proof of service upon any successful completion.

3.       This Stipulation may be executed in counterparts and by electronic signature, each of which shall be deemed an original.

Dated: September 25, 2025
       Brooklyn, New York

| | |
|---|---|
| GS2Law PLLC | DLA PIPER LLP (US) |
| By: /s/ | By: /s/ |
| Robert D. Garson | John M. Hillebrecht |
| 164 West 25th Street, Suite 11R | 1251 Avenue of the Americas |
| New York, New York 10001 | New York, New York 10020 |
| (212) 380-3623 | (212) 335-4515 |
| rg@gs2law.com | john.hillebrecht@us.dlapiper.com |
| *Counsel for Plaintiff* | *Counsel for Defendant Al Jazeera International (USA) LLC* |

SO ORDERED:

_____
ANNE Y. SHIELDS
United States Magistrate Judge

2