UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X
ABRAHAM HAMRA,                                            Civ. No. 2:25-cv-4774

                              Plaintiff,

    -against-

AL JAZEERA MEDIA NETWORK, a foreign
company,  and   AL JAZEERA INTERNATIONAL (USA) LLC,
                              Defendants.
------------------------------------------------------------------------ X

**PLAINTIFF'S MEMORANDUM OF LAW IN SUPPORT OF HIS MOTION FOR ALTERNATIVE SERVICE ON DEFENDANT AL JAZEERA MEDIA NETWORK**

Plaintiff Abraham Hamra ("Plaintiff"), by and through undersigned counsel, respectfully moves this Court pursuant to Fed. R. Civ. P. 4(f)(3) for an Order authorizing alternative service of process on Defendant Al Jazeera Media Network ("AJMN"), and states as follows:

1.  This action arises from defamatory publications attributed to Defendants. Plaintiff has filed an Amended Complaint naming both AJMN and its U.S. affiliate, Al Jazeera International (USA) LLC ("AJI").

2.  Plaintiff has successfully served AJI, which has appeared in this case through counsel from DLA Piper LLP. AJI's time to answer was extended by Court order [ECF No. 12].

3.  Plaintiff attempted service on AJMN through Corporation Service Company in Florida, but has since been informed that the individual served was not authorized to accept service for AJMN. Counsel at DLA Piper have confirmed in writing that they are

not authorized to accept service on behalf of AJMN. (Exhibit 1 to the Declaration of Robert Garson dated September 26, 2025 ("Garson Decl.") .

4.  AJMN, however, is a foreign corporation located in Doha, Qatar. It does not maintain an agent for service of process in the United States.

5.  Qatar is not a signatory to the Hague Service Convention. Letters rogatory through diplomatic channels are the only formal method under Qatari law, a process that is prohibitively slow, costly, and uncertain.

6.  Fed. R. Civ. P. 4(f)(3) authorizes service on a foreign defendant "by other means not prohibited by international agreement, as the court orders." Courts have recognized that alternative service under Rule 4(f)(3) is appropriate where service by traditional means is impractical and where the proposed method is reasonably calculated to provide actual notice. See *Freedom Watch, Inc. v. Org. of the Petroleum Exporting Countries (OPEC)*, 412 U.S. App. D.C. 359, 766 F.3d 74 (2014).

7.  Courts have authorized service on foreign defendants through their U.S. counsel, affiliated entities, email, FedEx, registered mail, and similar means. See *Bazarian Int'l Fin. Assoc., LLC v. Desarrollos Aerohotelco, C.A.*, 168 F. Supp. 3d 1 (D.D.C. 2016).

8.  In *Yousef v. Al Jazeera Media Network*, Case No. 1:16-cv-06416 (S.D.N.Y.), the U.S. District Court for the Southern District of New York authorized alternative service on AJMN by mailing the summons and complaint to AJMN in Qatar via United States International Mail, with proof of service filed together with confirmation of delivery to AJMN through an authorized person.



9. Similarly, in *Shnaider v. Al Jazeera Media Network*, 25-cv-538 (D.D.C.), the court authorized alternative service on AJMN through its U.S. affiliate, U.S. counsel, and international courier.

10. The same circumstances are present here: AJMN is a foreign entity without a registered U.S. agent, AJI is actively represented by U.S. counsel, and AJMN's counsel and affiliates are fully aware of this litigation

WHEREFORE, Plaintiff respectfully requests that this Court authorize service of the Summons and Amended Complaint on AJMN by the following alternative means:

a. By email and U.S. mail to counsel for AJI (the U.S. affiliate) who are already appearing in this matter

   John M. Hillebrecht, Esq.
   Michael Lewis, Esq.
   DLA Piper LLP (US)
   1251 Avenue of the Americas
   New York, NY 10020
   Emails: John.Hillebrecht@us.dlapiper.com ; Michael.Lewis@us.dlapiper.com

b. By personal delivery to AJMN's U.S. affiliate:
    Al Jazeera International (USA) LLC
   1200 New Hampshire Avenue NW, 2nd Floor
   Washington, DC 20036

c. By international courier (DHL, FedEx, U.S. International Mail, or equivalent) directed to AJMN's headquarters in Doha, Qatar:
   Al Jazeera Media Network
   Qatar Television Building
   Khalifa Street, Wadi al Sail
   Doha, Qatar 23127



These methods are reasonably calculated to give AJMN actual notice, comport with due process, and mirror the alternative service approved in Yousef and Shnaider.

Dated: September 26, 2025                    Respectfully Submitted

                                                        GS2LAW PLLC

                                                       By: /s/ Robert Garson
Robert Garson (RG 1521)
20801 Biscayne Blvd, Suite 506
(305) 780-5212
rg@gs2law.com
*Attorneys for Plaintiff*

