

Robert Garson
20801 Biscayne Blvd., Suite 506
Aventura, FL 33180
E: rg@gs2law.com
P: +1.305-780-5212

October 20, 2025

**BY ECF**
Hon. Anne Y. Shields
United States Magistrate Judge
United States District Court
Eastern District of New York
100 Federal Plaza
Central Islip, NY 11722

**Re:**   Plaintiff's Motion for Alternative Service [ECF No. 14]; Court's Scheduling Order (entered Oct. 1, 2025) Hamra v. Al Jazeera Media Network et al., <u>Case No. 2:25-cv-04774</u>

Dear Judge Shields,

Plaintiff, Abraham Hamra, respectfully writes to advise the Court that no opposition was filed to Plaintiff's Motion for Alternative Service [ECF No. 14] by the October 15, 2025 deadline set forth in the Court's Scheduling Order entered October 1, 2025. Courtesy copies of Plaintiff's motion papers were previously delivered to Chambers, and we trust they have been received.

Accordingly, Plaintiff respectfully submits that the motion is now fully briefed and deemed fully submitted. We would be grateful if the Court would issue its order granting the requested relief at its earliest convenience.

Respectfully submitted,

Robert Garson