

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
www.dlapiper.com

John M. Hillebrecht
john.hillebrecht@us.dlapiper.com
T   212.335.4590
F   212.335.4501

October 21, 2025

*VIA ECF*

The Honorable Anne Y. Shields
U.S. District Court for the Eastern District of New York
100 Federal Plaza, Courtroom 840
Central Islip, New York 11722

**Re:**   *Abraham Hamra v. Al Jazeera Media Network, et al.*, **Case No. 2:25-cv-04774-AYS**

Dear Judge Shields:

This firm represents Defendants Al Jazeera International (USA) LLC and Al Jazeera Media Network ("AJMN") in the above-captioned matter.  On October 12, 2025, after Plaintiff filed his motion for alternative service (ECF No. 14), our client AJMN authorized DLA Piper to accept service on its behalf in this specific case.  Regrettably, we neglected to communicate this to Plaintiff's counsel last week.

We regret this oversight and apologize to counsel and the Court.  Please accept this letter and the undersigned's forthcoming notice of appearance on behalf of AJMN as notice of AJMN's acceptance of service of the amended complaint and summons in this matter, which obviates the need for Plaintiff to pursue the alternative service methods outlined in his motion.

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ John M. Hillebrecht*
John M. Hillebrecht

*Counsel for Defendants*
*Al Jazeera International (USA) LLC*
*and Al Jazeera Media Network*

cc:   All counsel of record (via ECF)