AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| | | |
|---|---|---|
| ABRAHAM HAMRA | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 2:25-cv-04774-AYS |
| AL JAZEERA MEDIA NETWORK, ET AL. | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Al Jazeera Media Network.

Date: 10/21/2025

/s/ John M. Hillebrecht
*Attorney's signature*

John M. Hillebrecht
*Printed name and bar number*
DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, New York 10020

*Address*

john.hillebrecht@us.dlapiper.com
*E-mail address*

(212) 335-4590
*Telephone number*

(212) 335-4501
*FAX number*