

DLA Piper LLP (US)
1251 Avenue of the Americas
New York, New York 10020-1104
www.dlapiper.com

John M. Hillebrecht
john.hillebrecht@us.dlapiper.com
T   212.335.4590
F   212.335.4501

October 28, 2025

*VIA ECF*

The Honorable Anne Y. Shields
U.S. District Court for the Eastern District of New York
100 Federal Plaza
Central Islip, New York 11722

**Re:**   *Abraham Hamra v. Al Jazeera Media Network, et al.*, **Case No. 2:25-cv-04774-AYS**

Dear Magistrate Judge Shields:

This firm represents Defendants Al Jazeera International (USA) LLC and Al Jazeera Media Network ("Defendants") in the above-captioned matter. Pursuant to Administrative Order No. 2025-14, Defendants write to inform the Court that they intend to file a motion to dismiss Plaintiff Abraham Hamra's Amended Complaint (ECF No. 8) pursuant to Federal Rule of Civil Procedure 12(b)(6).

We thank the Court for its attention to this matter.

Respectfully submitted,

*/s/ John M. Hillebrecht*
John M. Hillebrecht

*Counsel for Defendants*
*Al Jazeera International (USA) LLC*
*and Al Jazeera Media Network*

cc:   All counsel of record (via ECF)