

**DLA Piper LLP (US)**
1251 Avenue of the Americas
New York, New York 10020-1104
www.dlapiper.com

John M. Hillebrecht
john.hillebrecht@us.dlapiper.com
T  212.335.4590
F  212.335.4501

January 14, 2026

The Honorable Joan M. Azrack
U.S. District Court for the Eastern District of New York
100 Federal Plaza, Courtroom 920
Central Islip, New York 11722

Re:   *Abraham Hamra v. Al Jazeera Media Network, et al.*, Case No. 2:25-cv-04774

Dear Judge Azrack:

We represent Defendants Al Jazeera Media Network and Al Jazeera International (USA) LLC ("Defendants") in the above-captioned matter.  As discussed during the January 13, 2026, pre-motion conference before the Court, we write, with the consent of counsel for Plaintiff Abraham Hamra ("Plaintiff"), to provide for Your Honor's consideration the parties' agreed-upon briefing schedule for Defendants' forthcoming motion to dismiss Plaintiff's Amended Complaint (the "Motion"): (1) Defendants shall serve their Motion and supporting papers to Plaintiff on or before **Wednesday, January 28, 2026**; (2) Plaintiff shall serve his opposition to the Motion to Defendants on or before **Thursday, February 19, 2026**; and (3) pursuant to the Court's Individual Rule IV.G.2, Defendants shall "fil[e] the full set of motion papers," including Defendants' reply to Plaintiff's opposition, via ECF on or before **Friday, February 27, 2026**.

The parties also respectfully request that the Court extend the page limit for Defendants' opening brief and Plaintiff's opposition to 35 pages (while leaving Defendants' reply brief at the 15 pages called for in Your Honor's Individual Rules).  The parties seek these briefing page extensions so that they may sufficiently address the legal issues at dispute and include within their respective briefing screenshot images of the social media post at the center of Plaintiff's Amended Complaint.

We thank the Court for its attention to this matter.

          Respectfully submitted,

          */s/ John M. Hillebrecht*
          John M. Hillebrecht

          *Counsel for Defendants*

cc:   Robert Garson, Esq. (via email and ECF)

SO ORDERED:

_____
Honorable Joan M. Azrack, U.S.D.J.