**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
----------------------------------------------------------X
ABRAHAM HAMRA,

        Plaintiffs,

  - against -

*AL JAZEERA MEDIA NETWORK* a foreign
*company, AL JAZEERA INTERNATIONAL*
*(USA) LLC*,

        Defendants.
---------------------------------------------------------------X

**FILED**
**CLERK**

3:35 pm, Jul 20, 2026

**U.S. DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
**LONG ISLAND OFFICE**

**JUDGMENT**
CV 25-4774 (JMA) (AYS)

A Memorandum and Order of Honorable Joan M. Azrack, United States District Judge, having been filed on July 20, 2026; granting Defendants' motions to dismiss pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction under C.P.L.R. § 302(a)(1); dismissing without prejudice for lack of jurisdiction; and directing the Clerk to enter judgment and close this case accordingly, it is

**ORDERED AND ADJUDGED** that Plaintiffs' Abraham Hamra, take nothing of Defendants' Al Jazeera Media Network and Al Jazeera International (USA) LLC; that Defendants' motions to dismiss is granted pursuant to Fed. R. Civ. P. 12(b)(2) for lack of personal jurisdiction under C.P.L.R. § 302(a)(1); dismissed without prejudice; and that this case is closed.

Dated: July 20, 2026
      Central Islip, New York

                              BRENNA B. MAHONEY
                              CLERK OF COURT

                   BY:    /s/ GRISEL ORTIZ
                              DEPUTY CLERK